489 WOOD (Admr.) ET AL. vs. CIRCUIT JUDGE (Lenawee), No. 11666, 84 M., 521.

To compel respondent to allow an amendment substituting certain of the relators as plaintiffs, in the place of their co-relator, in a suit brought against a mutual benefit association to recover life insurance, to which they were entitled as heirs of their father, and which was brought in the name of the administrator.

Granted February 6, 1891, without costs.

490 NICOL vs. CIRCUIT JUDGE (Wayne), No. 14937½.

To compel respondent to permit an amendment to a summons, adding a party defendant after plea in abatement.

Order to show cause denied June 4, 1895.

Relator brought suit before a justice against three parties who were non-residents. On the return day plaintiff declared and defendants filed a plea in abatement setting forth that one Rardon was a joint contractor.

Plaintiff asked leave to amend, which was denied. Plaintiff took a special appeal to the Circuit and there moved to amend.

491 STRAW-ELLSWORTH MANUFACTURING COMPANY vs. CIRCUIT JUDGE (Ottawa), No. 14257½.

To permit plaintiff to file an amended affidavit in garnishment, after a motion had been made to quash the writ, because of jurisdictional defects in the original affidavit.

Order to show cause denied June 21, 1894.